## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**SIX L'S PACKING COMPANY, INC. ,**

    **Plaintiff,**

v.                                                                          Case No.  8:10-cv-2385-T-30MAP

**DEL CAMPO FRESH, INC. and**
**JOEL SALAZAR,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff Six L's Packing Company, Inc.'s Motion for Default Judgment (Dkt. 15) against Defendants Del Campo Fresh, Inc., and Joel Salazar.

Upon considering the motion and otherwise being advised in the premises, the Court finds that Defendants were served with the Summons and Complaint, that in excess of twenty (20) days have passed, and that the Clerk has entered the default of Defendants.  Further, the Court finds that Defendants have failed to answer, respond, or appear.  Moreover, the Court finds that under *Country Best v. Christopher Ranch, LLC,* 361 F.3d 629, 633 (11th Cir. 2004), prejudgment interest and attorneys' fees are "sums owing in connection" with the produce transactions, and that Defendants shall be responsible for payment of these amounts.

It is therefore **ORDERED AND ADJUDGED** that:

1. Plaintiff Six L's Packing Company, Inc.'s Motion for Default Judgment (Dkt. 15) is hereby granted.

2. The Clerk is directed to enter judgment in favor of Plaintiff Six L's Packing Company, Inc. on its claim for the principal amount of $13,835.25, plus accrued interest of $4,938.39 (plus further interest at the contract rate of 1.5% per month until the judgment is fully satisfied).

3. The Court also grants Plaintiff's claim for attorneys' fees and costs in the amount of $6,830.88.

4. Defendants Del Campo Fresh, Inc., and Joel Salazar shall be jointly and severally liable for the judgment.

5. The Clerk is directed to deny any pending motions as moot, and to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 5, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-2385.mdj.frm